# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** — Short Form |
|---|---|
| v. | CASE NUMBER: 07-po-01144 |
| MATHEW ALAN HAAKE | Bill Taylor<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. § 2.34(a)(3) | Disorderly Conduct | On or About June 10, 2007 | 1 |

Defendant is sentenced to four months unsupervised probation with no further jail time. Conditions are defendant is to complete 30 hours useful public service and a one day conflict management class, in addition to paying $10 processing fee. This will be a paper review only for successful termination of probation after the four months with no appearance necessary by the defendant if proof of useful public service and class completion are submitted to the Court before the scheduled review.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** $10.00 | $10.00 | None |

June 22, 2007
--------------------
Date of Imposition of Judgment

s/Michael J. Watanabe
--------------------
Signature of Judicial Officer

Michael J. Watanabe, U.S. Magistrate Judge
--------------------
Name & Title of Judicial Officer

September 19, 2007
--------------------
Date